| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dayo Beverly 5434 Nestle Ave Tarzana CA 91356 <br><br> ☑ Respondent appearing without attorney <br> ☐ Attorney for Respondent: | **FILED** <br> OCT - 6 2025 <br> CLERK U.S. BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA · **SELECT DIVISION****

| In re: <br><br> Dayo Beverly 5434 Nestle Ave Tarzana CA 91356 <br><br> Debtor(s). | CASE NO.: 125 BK 11660 MB <br> CHAPTER: **Select Chapter** |
|---|---|
| | **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** |
| | DATE: 10/7/2025 <br> TIME: 10 am <br> COURTROOM: <br> PLACE: Zoom |

| Movant: |
|---|

**Respondent:** ☑ Debtor   ☐ trustee   ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
>
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
>
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**
   The Respondent does not oppose the granting of the Motion.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                Page 1                          **F 4001-1.RFS.RESPONSE**

2. ☐ **LIMITED OPPOSITION**

a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay.  Respondent requests that no lock out, foreclosure, or repossession take place before (*date*): _____ and the reason for this request is (*specify*):

b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

The Debtor:
(1) ☐ has no knowledge of the Property.
(2) ☐ has no interest in the Property.
(3) ☐ has no actual possession of the Property.
(4) ☐ was not involved in the transfer of the Property.

c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time.  Evidence of a pending loan modification is attached as Exhibit _____.

3. ☒ **OPPOSITION:**  The Respondent opposes granting of the Motion for the reasons set forth below.

a. ☐ The Motion was not properly served (*specify*):

(1) ☐ Not all of the required parties were served.
(2) ☐ There was insufficient notice of the hearing.
(3) ☐ An incorrect address for service of the Motion was used for (*specify*):

b. ☐ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

(1) ☐ The value of the Property is $ _1,260,000_____ , based upon (*specify*):

(2) ☒ Total amount of debt (loans) on the Property is $ _1,049,000___ .

(3) ☒ More payments have been made to Movant than the Motion accounts for.  True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

(4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments.  A true and correct copy of the loan modification agreement is attached as Exhibit _____.

(5) ☒ The Property is necessary for an effective reorganization.  Respondent filed or intends to file a plan of reorganization that requires use of the Property.  A true and correct copy of the plan is attached as Exhibit _____.

(6) ☒ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current.  A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.

(7) ☐ The Property is insured.  Evidence of current insurance is attached as Exhibit _____.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                Page 2                                **F 4001-1.RFS.RESPONSE**

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☒ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☐ Other (*specify*):

c. ☒ Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter ___ to chapter ___.

(2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments
☐ are current, or ☐ will be cured by the hearing date on this motion.

(4) ☐ The Debtor has equity in the Property in the amount of $ _____.

(5) ☐ Movant has an equity cushion of $ _____ or _____% which is sufficient to provide adequate protection.

(6) ☒ The Property is necessary for an effective reorganization because (*specify*):
*Appraisal values are coming in to be more than sufficient*

(7) ☒ The motion should be denied because (*specify*):

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☐ Declaration by the Debtor          ☐ Declaration by the Debtor's attorney
☐ Declaration by trustee             ☐ Declaration by trustee's attorney
☐ Declaration by appraiser           ☐ Other (*specify*):

Date: *10/6/2025*

*Dayn Beverd*

Printed name of law firm for Respondent (if applicable)

_____
Printed name of individual Respondent or attorney for Respondent

_____
Signature of individual Respondent or attorney for Respondent

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                          Page 3                          **F 4001-1.RFS.RESPONSE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/6/2025 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Spadilla @ ghidottiberger.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/6/2025 | Dayon Bevely | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                              Page 4                              **F 4001-1.RFS.RESPONSE**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re: Dayo Beverly, Debtor

Case No.: 11660

Chapter 13

### OPPOSITION TO CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Dayo Beverly, the debtor in this case, submit this opposition to the creditor's motion for relief from the automatic stay. The creditor's motion contains numerous false, unsubstantiated, and misleading statements regarding my bankruptcy filings, property value, and alleged fees. I respectfully request that the Court deny the motion and allow sufficient time to address disputed loan amounts, finalize my amended bankruptcy plan, and proceed with reinstatement or modification of the loan.

The creditor's reinstatement quote, received on October 1, 2025, includes unsubstantiated and inflated fees that were never itemized despite multiple requests. I requested a detailed breakdown to verify the accuracy and legitimacy of the charges; however, the lender has failed to provide this information. These omissions raise serious concerns about the accuracy of the reinstatement amount and the creditor's good faith.

The creditor's claim fails to account for the significant equity in the property. The most recent appraisal in 2022 valued the property at $1,200,000; however, based on current market conditions, comparable sales, and local appreciation trends, the present value has increased substantially. Tarzana, California, has experienced strong market appreciation driven by population growth, limited housing inventory, and neighborhood improvements. According to Zillow, the median home value in Tarzana is approximately $1,383,000, with homes selling for an average of 98% of listing price. Recent comparable sales include 5400 Nestle Ave – Sold for $1,320,000 (April 29, 2025); 5350 Garden Grove Ave – Sold for $1,400,050 (July 11, 2025); 18221 Margate St – Sold for $1,693,725 (September 23, 2025); and 5417 Garden Grove Ave – Sold for $1,139,250 (July 25, 2025).

I am currently working with legal counsel to amend my bankruptcy plan and address both my civil and bankruptcy matters concurrently. My intent is to remain in the plan while resolving the loan dispute through verification of fees and reinstatement or through a modification review. I have acted in good faith at all times, making consistent efforts to communicate with the lender and correct documentation issues.

As shown in Exhibit 1, my insurance quote has been ready for payment since July 30, 2025. Despite repeated attempts, the lender's representative, Jordan Kahului, has failed to provide the necessary loss payee information to finalize the policy. These delays are not attributable to me and have further complicated the loan reinstatement process.

The creditor's conduct, including withholding documentation, pursuing foreclosure while a modification review is pending ("dual tracking"), and misrepresenting occupancy status, may constitute violations of California Homeowner Bill of Rights and related state laws. My conversion of the property from investment to primary residence is lawful and supported by case law, including In re Lam (2013); Wells Fargo Bank v. Ostiguy (2011); Bank of New York Mellon v. Withers (2014); Glaski v. Bank of America (2013); Lona v. Citibank (2011); and Herrera v. Fannie Mae (2017).

I have secured a refinance offer with a local lender that bases loan amounts on the After-Repair Value (ARV) of the property. This lender is not financing 100% of the property's value, confirming there is substantial current and projected equity. With my 20 years of experience in real estate and finance, I believe the creditor's valuation is biased and not reflective of market reality.

The lender's opposition and fee claims are unsubstantiated, misleading, and inconsistent with governing law. I am requesting a third-party audit of the claimed amounts and an opportunity to present the forthcoming updated appraisal. I further request that the Court deny the creditor's motion for relief from the automatic stay and allow me the time necessary to finalize my amended plan, complete loan review, and resolve the dispute in good faith.

I, Dayo Beverly, declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed this 6 day of OCt, 2025, at Los Angles California.

Respectfully submitted,
Dayo Beverly
Debtor, Pro Se

# Exhibit 1

SSI



**KW Specialty Insurance Company**
P.O. Box 15310
Scottsdale, AZ 85267-5310
(855) 225-5597
www.kwspecialty.com

*Exhibit 2*
*Insurance*

**Quote Number:** 575724001    **Quote Effective Date:** 07/30/2025    **Quote Initiation Date:** 06/20/2025

**Prepared By Producer:**
American Tri-Star Insurance Services Inc,1006-10835
16162 Beach Blvd Ste 100Huntington Beach, CA 92647
(800)743-9596
06/23/2025

**Wholesale Agent**
JE Brown & Associates, 1006

**Named Applicant and Location Address:**
Dayo Beverly
5434 Nestle Ave
Tarzana, CA 91356 - 3615

Dayo Beverly

The purchase of a home is the single largest investment most people will make in their lifetime. Homeowners insurance is a security net for your investment. Thank you for the opportunity to assist you in assessing your personal insurance needs. We are pleased to present to you the following personal insurance proposal:

**Policy Type and Occupancy:**  HO3, Owner Occupied

**Premium Information**
| | |
|---|---|
| Basic Premium: | $2,931.00 |
| Policy Fee: | 150.00 |
| Carrier Fee: | $115.00 |
| Surplus Lines Tax: | $95.88 |
| Stamping Fee: | $5.75 |
| AMTSI Fee: | $300.00 |
| Total Policy Premium: | $3,597.63 |

**The minimum earned premium is $50.**

Disclosure: The premium estimates and coverage limits outlined in the proposal above are based upon the accuracy of the information you provided and may not represent all coverages available. This proposal does not constitute a contract or binder of insurance and premium amounts cannot be guaranteed until coverage is purchased. This quote is valid 30 days from the date of preparation listed above. For additional information regarding the assumptions used to prepare this proposal or to purchase insurance coverage, please contact your agent at the phone number listed above.

DocuSigned by:
*dayo beverly*
F662D9537FE5412...
6/23/2025 | 5:16 PM PDT

**Location Details:**

Signed by:
*Liela Ross*
DC7315EBEBDE4B6...
6/23/2025 | 5:27 PM PDT

1091 HO 202402

Page 1 of 5

| Year Built: | 1954 | Square Footage: | 1,550 | Roof Age: | 6 |
|---|---|---|---|---|---|
| Construction: | Frame | Protection Class: | P2, PROTECTED 2 | Roof Type: | All Other |
| Occupancy: | Owner Occupied | Feet to Hydrant: | Less than 1000 feet | County: | Los Angeles |
| Number of Families: | 1 | Miles to Station: | Less than 5 miles | Dwelling Type: | Detached (1-4) Family |

| Selected Coverages, Deductibles, and Exclusions and Limitations | Limits of Liability |
|---|---|
| **Section I** | |
| Coverage A – Dwelling | $541,000 |
| Coverage B – Other Structures | $54,100 |
| Coverage C – Personal Property | $50,000 |
| Coverage D – Loss of Use | $5,000 |
| **All Other Perils Deductible – $2,500** | |
| **Water Deductible – $2,500** | |
| **Theft Deductible – $2,500** | |
| **Section II** | |
| Coverage E - Personal Liability | $300,000 each occurrence |
| Coverage F – Medical Payments to Others | $1,000 each person |
| **Optional Coverages** | |
| Limited Fungi, Wet or Dry Rot, or Bacteria - Liability | $50,000 |
| Increased Ordinance or Law | 25% of Coverage A |
| Limited Fungi, Wet or Dry Rot, or Bacteria - Property | $5,000 |
| Limited Water Back-Up and Sump Discharge or Overflow | $5,000 |
| Personal Property Replacement Cost | |
| Dwelling Replacement Cost | |
| Inflation Guard | 7% |
| **Exclusions and Limitations** | |

If you have any questions, please contact your producer, American Tri-Star Insurance Services Inc , at (800)743-9596.

Thank you for your business.

Sincerely,
Customer Care Department

Disclosure: The premium estimates and coverage limits outlined in the proposal above are based upon the accuracy of the information you

provided and may not represent all coverages available. This proposal does not constitute a contract or binder of insurance and premium amounts cannot be guaranteed until coverage is purchased. This quote is valid 30 days from the date of preparation listed above. For additional information regarding the assumptions used to prepare this proposal or to purchase insurance coverage, please contact your agent at the phone number listed above

KW Specialty Insurance Company
P.O. Box 15310
Scottsdale, AZ 85267-5310
(855) 225-5597
www.kwspecialty.com

## Coverage Options

Below we have outlined some of our most common endorsements. These are a few ways that we can help protect your home and your peace of mind.

| Coverage | Description of Coverage |
|---|---|
| Limited Water Back-Up and Sump Discharge Or Overflow | Provides coverage for direct physical loss due to water backing up through sewers or drains and water that overflows from a pump. This is not flood coverage. |
| Personal Property Replacement Cost | When purchased, you will be able to replace stolen or destroyed property with like kind and quality without deduction for depreciation. |
| Equipment Breakdown | Provides coverage for physical loss or damage to equipment caused by mechanical breakdown, electrical or electronic breakdown, or rupture, bursting, bulging, implosion or steam explosion. |
| Service Line | Provides coverage for direct physical loss to a service line such as electrical power, natural gas, waste disposal, and water caused by items such as wear and tear, rust, deterioration, or freezing. (HO-3 Only) |
| Identity Fraud | Provides $15,000 coverage for identity fraud committed against the insured. |

## Payment Options

All policies will be on a direct bill pay plan. Payment Options include One Pay, Two Pay, Four Pay, and Monthly Recurring where available.

The KWiQ system will automatically print and mail an invoice to the insured the night a policy is issued, if payment is not recorded at the time of issuance.

To avoid mailing an invoice to the insured (as you have the check for the policy in hand), e-mail the KW Specialty accounting team at accounting@kwspecialty.com with a request to block invoices for 7 days. Within 7 days KW Specialty accounting team must receive the check via mail.

# CALIFORNIA EARTHQUAKE NOTICE

**Your residential property insurance policy does NOT cover earthquake damage to your home or its contents.**

To cover earthquake damage to your home and its contents you need to purchase a separate earthquake insurance policy. The coverage provided by an earthquake insurance policy is different from, and typically more limited than, the coverage provided by your residential property insurance policy.

California law requires insurance companies to offer earthquake insurance in conjunction with a residential property insurance policy. If you do not accept the offer of earthquake insurance below within 30 days of the mailing of this notice, your insurance company shall presume that you have not accepted this offer of earthquake insurance.

This offer of earthquake insurance is provided by Palomar Specialty Insurance Company.

You may purchase earthquake insurance coverage on the following terms:

(A) Amount of Dwelling/Building Coverage Limit: __$541000____

(B) Deductible: ____15%____

(C) Contents Coverage Limit: __$5,000_____

(D) Additional Living Expenses Coverage Limit: __$1,500_____

(E) Estimated Annual Premium: __$1,301.00____

The deductible represents the amount of damage your covered property must incur before the earthquake insurance coverage begins. If your covered loss is less than the applicable deductible, you may not receive any payment.

Contact your insurance agent or your insurance company to obtain details regarding this offer of earthquake insurance and other coverage options.

# AMERICAN TRI-STAR INSURANCE SERVICES INC.

## AUTO • HEALTH • HOMEOWNERS • BONDS • COMMERCIAL

### BROKER'S AGREEMENT

Effective this __23rd__ day of __JUNE__ 2025, the undersigned appoints American Tri-star Insurance Services, Inc. as his/her insurance broker of record. Broker agrees to represent the undersigned honestly and in a good faith securing and servicing desired insurance coverage, as specified below, if available, and the undersigned agrees to act in like manner. The undersigned agrees to pay broker and brokerage fee for each policy as specified below and within this agreement, for such services, in addition to any commission which may be paid by any insurance company. The undersigned hereby authorizes Broker to order company to cancel insurance secured by Broker by ten (10) days notice if premium remains unpaid to Broker and authorizes company to return all unearned premium to Broker, who, in turn, will return any credit balance to the undersigned. IN THE EVENT THIS INSURANCE IS CANCELED FOR NON-PAYMENT OF PREMIUM, MISREPRESENTATION OR REQUEST OF THE UNDERSIGNED, BROKERAGE FEE OF __300.00__$/ IS NOT REFUNDABLE FOR SERVICES PREVIOSLY RENDERED. In the event insurance is canceled or rejected for any reasons of underwriting, other than misrepresentation. Broker is authorized to charge up to $300.00 for each cancellation or reinstatement of policies caused by non-payment of premium by the undersigned and for changes (endorsement) of policies and Broker is also authorized to charge up to $25 for monthly payment Service Fee and up to $25 for Renewal Fee processed through the Agency .

Broker agrees to treat all knowledge of the undersigned client's affairs a matter of professional confidence, not to be disclosed lightly or without reason. The undersigned authorizes Broker to maintain premium payments in an interest bearing trust account until paid to the insurance company and to receive any income there from. Broker and the undersigned both agrees to arbitrate any dispute, in which the amount claimed exceeds the limit of small claims court, under the rules set up by American Arbitration Association without rights of appeal.

Other Additional Applicable Fees:
Included in the estimated cost are non-refundable fees of $25 to process and underwrite each driver driving record and $25 to process and underwrite each vehicle's registration information obtained by Broker for the submission of Client's insurance application. Client agrees to these fees and understands that they are not refundable in the event of the cancellation of Client's insurance. Also included in the cost is a non-refundable fee of $25 to split process and handle the Client's down payment. Broker agrees to allow the client to split the down payment for auto insurance: by accepting partial payment of the total down payment today in the immediately-available funds and allowing the remaining balances to be paid according to the payment agreement.

Driver processing fees: $_____    Vehicle Information fees: $_____    Split Down Payment Fees: $_____

### SPECIAL POWER OF ATTORNEY

The undersigned further hereby makes, constitutes and appoints American Tristar Insurance Services, Inc. as principal's true and lawful attorney in fact to act for the undersigned in his/her name, place and stead for the undersigned client's use and benefit. The undersigned hereby grants to said attorney in fact power and authority to do and perform each and every act and thing which may be necessary or convenient, in connection with any of the foregoing, as fully, to all intends and purposes as the undersigned might or could do if personally present including, but not limited to, signing and acknowledging any and all pertinent insurance applications, endorsement/change request forms endorsing all unearned premiums, etc., hereby ratifying and conforming all that said attorney in fact shall lawfully do or cause to be done by authority hereof.

### ALL FEES ARE NON-FINANCEABLE AND NON-REFUNDABLE

And finally the undersigned agrees the following cost of insurance coverage, as specifically requested above.

| | |
|---|---|
| **1. NAME OF INSURANCE COMPANY** | KWIQ Insurance |
| **2. DOWN PAYMENT INC. FEES** | 300.00 |
| **3. ESTIMATED MONTHLY PAYMENT DUE IN 30 DAYS** | Mortgage company billed |
| | (Including billing fee) |

I agree to the conditions set forth above and acknowledge receipt of a copy of this Agreement. I understand that upon signing this document, the broker fee will be fully earned by Broker and will not be refunded.

(Insured must write in his/her own hand: **"I HAVE READ AND UNDERSTAND THE ABOVE"**)

X _dayo beverly_ ................................  DATE   6/23/2025 | 5:16 PM PDT
F662D9537FE5412...
**Insured's Signature**

Dayo Beverly

**Insured's Name (Please Print)**                                    S.S.N _____

_Lila Ross_ .........................................  DATE   6/23/2025 | 5:27 PM PDT

**Broker's Signature**

16162 Beach Blvd. Suite 100. Huntington Beach CA 92647 Tel : (800) 743-9596 .  LIC.: 0F44188   WWW.AMTSI.COM

## American TriStar Insurance Services
### PRIVACY DISCLOSURE NOTICE

You have certain rights under state and federal law with respect to the privacy of information we obtain about you when you engage in insurance transactions involving insurance primarily for personal, family, or household use. Because we value our customer relationships, we do not sell customer information. We will only share your information for purposes of placing your insurance and as otherwise permitted by law.

This Privacy Disclosure outlines our information sharing practices to help you understand how we protect your privacy, when we collect and use information about you, and the measures we take to safeguard that information.

**COLLECTION OF INFORMATION**
We collect **nonpublic personal information** about you as required to accurately place your insurance with the insurance companies. The categories of **nonpublic personal information** that we collect about you are from the following sources:

- Information we receive from you on application or questionnaires, such as your occupation, current employer, address, birth date, marital status, driver's license number, social security number, and driving record;

- Information about your transactions with us, our affiliates, or previous insurers, such as your policy coverage, claims information, premiums, and payment history; and

- Information we receive from third party reposting agencies, such as motor vehicle reports which disclose driving history and credit reporting agencies.

**INFORMATION WE DISCLOSE**
We may disclose the following **nonpublic personal information** about you:

- Information we receive from you on application or questionnaires, such as your occupation, current employer, address, birth date, marital status, driver's license number, social security number, and driving record;

- Information about your transactions with us, our affiliates, or previous insurers, such as your policy coverage, claims information, premiums, and payment history; and

- Information we receive from third party reposting agencies, such as motor vehicle reports which disclose driving history and credit reporting agencies.

**THIRD PARTIES THAT MAY BE DISCLOSED INFROMATION**
We do not disclose any **nonpublic personal information** about you unless allowed by California law. California law allows us to share your **nonpublic information** with our affiliates to market products or services to you. You cannot prevent these disclosures.

**MEDICAL INFORMATION**
We will not disclose medical information about you unless allowed by California law or pursuant to your expressed witan consent.

**CORRECTIONOF NONPUBLIC PERSONAL INFORMATION**
You have the rights, upon written request to us, to access to and reproduction of nonpublic personal information about you in our possession, and to identification of those persons or entities that we have disclose nonpublic personal information about you within two years prior to your request. Additionally, you have the right, upon written request, to add your views to our records.

**CONFIDENTIALITY AND SECURITY**
We protect your nonpublic personal information. The only employees who have access to that information are those who must have it to provide products or services to you. We maintain physical, electronic and procedural safeguard that comply with federal and state regulations to guard your nonpublic personal financial information.

Signature: _dayo beverly_
DocuSigned by:
F662D9537FE5412...

Date: 6/23/2025 | 5:16 PM PDT

Docusign Envelope ID: 941-70295-809C-45A9-BVB3-8449-10C34E5



**California
Department of Insurance**

## CONSUMERS: STANDARD BROKER DISCLOSURE

This disclosure was prepared by the California Insurance Commissioner. Please **READ IT CAREFULLY!**

I       Do not sign any broker fee agreement unless all of its blank lines and spaces have been filled-in and you have read this entire document and the agreement carefully.

II      Your insurance broker represents you, the consumer, and is entitled to change a broker fee if he/she chooses. This fee is not set by law, and may be negotiable between you and the broker.

III     It is illegal or improper for an insurance broker to charge you a fee for placing coverage solely with the California Automobile Assigned Risk Plan or the California FAIR Plan. Fees may be charged for placement of other coverages.

IV     Broker fees are often non-refundable even if you cancel your coverage. Refer to your broker fee agreement to see if your broker fee is non-refundable. However, you may be entitled to a full refund of a broker fee if your broker acted incompetently or dishonestly. Unresolved disputes over non-refunded broker fees can be forwarded to the Department of Insurance for review.

V      You are entitled to obtain and keep a completed copy of this disclosure and any broker fee agreement you sign.

VI     Your broker may receive commission from insurance company(ies) for placing your insurance. This commission may be paid to your broker by the insurance company(ies) in addition to any broker fee you pay.

VII    If you will be paying your premium in installments to a finance company, by law you must receive a copy of a premium finance disclosure and agreement. Be sure to obtain and read those documents before signing a premium finance agreement. Also, ask the broker if the insurer offers its own installment payment plan. Insurer installment plans are often cheaper than premium financing through a separate premium finance company.

VIII   If your broker is placing automobile coverage, your broker must provide you with a copy of the current Department of Insurance pamphlet *Automobile Insurance. If your broker is placing residential coverage, your broker must provide you with a copy of the current Department of Insurance pamphlet Residential Insurance.* By signing this disclosure you acknowledge receipt of the appropriate pamphlet(s).

Client initials: _DB_

 Docusign

## Certificate Of Completion

Envelope Id: 9417079F-309C-4EA6-B1B8-844C11DC37E5                        Status: Completed
Subject: Complete with Docusign: Beverly
Source Envelope:
Document Pages: 8                        Signatures: 5                        Envelope Originator:
Certificate Pages: 5                        Initials: 1                        Liela Ross
AutoNav: Enabled                                                        16162 BEACH BOULEVARD
EnvelopeId Stamping: Enabled                                                SUITE 100
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                        HUNTINGTON BEACH, CA  92647
                                                                        liela@amtsi.com
                                                                        IP Address: 35.188.228.146

## Record Tracking

Status: Original                        Holder: Liela Ross                        Location: DocuSign
        6/23/2025 5:09:17 PM                    liela@amtsi.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| dayo beverly<br>dayobeverly@gmail.com<br>Security Level: Email, Account Authentication (None) | *days bverly*<br>F662D9537FE5412... | Sent: 6/23/2025 5:13:05 PM<br>Viewed: 6/23/2025 5:15:43 PM<br>Signed: 6/23/2025 5:16:06 PM |
| | Signature Adoption: Pre-selected Style<br>Using IP Address: 104.33.193.108<br>Signed using mobile | |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 6/23/2025 5:15:43 PM<br>    ID: e392e81b-31c5-470e-bd57-2faa10de04f0 | | |
| Liela Ross<br>liela@amtsi.com<br>Broker/Agent<br>American Tri Star<br>Security Level: Email, Account Authentication (None) | *Liela Ross*<br>DC7315EBEBDE4B6... | Sent: 6/23/2025 5:13:05 PM<br>Viewed: 6/23/2025 5:27:24 PM<br>Signed: 6/23/2025 5:27:31 PM |
| | Signature Adoption: Pre-selected Style<br>Using IP Address: 47.146.191.8 | |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via Docusign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/23/2025 5:13:05 PM |
| Certified Delivered | Security Checked | 6/23/2025 5:27:24 PM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Signing Complete | Security Checked | 6/23/2025 5:27:31 PM |
| Completed | Security Checked | 6/23/2025 5:27:31 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, American Tristar Insurance (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact American Tristar Insurance:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: shawn@americantristarinsurance.com

**To advise American Tristar Insurance of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at shawn@americantristarinsurance.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from American Tristar Insurance**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to shawn@americantristarinsurance.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with American Tristar Insurance**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to shawn@americantristarinsurance.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

\*\* These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify American Tristar Insurance as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by American Tristar Insurance during the course of my relationship with you.

Exhibit 3

FEDERAL TRADE COMMISSION

# Identity Theft Report

| FTC Report Number: |
|---|
| 190129787 |

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Dayo | | Beverly | |
| **Address:** | **Phone:** | | **Email:** |
| 5632 van nuys blvd<br>Sherman oaks , CA 91401<br>USA | 310-910-2659 | | Dayobeverly@gmail.com |

## Personal Statement

fhere had to be a date breach because someone is not only using my debit card they have a drivers license in my name and they are impersonating me. i have receoved text messages from overseas daily

## Accounts Affected by the Crime

| Fraudulent Charges to My Utility Account | | |
|---|---|---|
| **Company or Organization:** | T-Mobile | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 7/2025 | 7/2025 | $ 800 |

| Fraudulent Checking or Savings Account | |
|---|---|
| **Company or Organization:** | Chase |
| **Date that I discovered it:** | **Total fraudulent amount:** |
| 7/2025 | $ 0 |

| Fraudulent Bank Debits or Withdrawals | |
|---|---|
| **Company or Organization:** | Us bank |
| **Date that I discovered it:** | **Total fraudulent amount:** |
| 7/2025 | $ 5000 |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Dayo Beverly**                                                      **7/18/2025**
Dayo Beverly                                                          Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.