|  | FOR COURT USE ONLY |
|---|---|
|  | **FILED**<br>OCT 15 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – _____ DIVISION**

| Name of Debtor: Dayo Beverly 5434 Nestle Ave Tarzana CA 91356 | CASE NO.: 1:25 BK 11660<br>CHAPTER: ☐ 7  ☐ 11  ☐ 12  ☒ 13<br>ADVERSARY NO.: _____<br>(If applicable)<br><br>**TITLE OF DOCUMENT** (specify):<br>Request / Declaration<br><br>*(This cover sheet is for use by filers when the case name, number, and other information is not included on the first page of a filing)* |

**Please Print**

Name of person filing this document: Dayo Beverly

Street Address: 5434 Nestle Ave Tarzana CA 91356

Telephone number: 310 910 2659

Email Address: Dayobeverly@gmail.com

The filer of this document is  ☒ the Debtor  ☐ a creditor

☐ other (specify): _____

Date: 10/15/2025

Signature of person filing this document

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

July 2015

FILED.DOCUMENT.COVER.SHEET

1:25BK 11660

BK 125 11660

Dayo Beverly, declare under penalty of perjury that:

I am the debtor in the above-captioned case. I am currently scheduled to appear at an Order to Show Cause hearing on October ~~24~~ TBD 2025. Due to circumstances, I need additional time to pay the retained counsel to represent me in this matter. I have signed all retainer documents for the services of Bereliani Law Firm, specifically Attorney Sanaz, located at 12100 Wilshire Blvd, Los Angeles, CA 90025. While the attorney retainer documents have been signed I and she require two additional weeks. I am paying on October 31, 2025. Attorney Sanaz needs this in between time to review my complex case, draft her motion, amend documents and prepare. She also intends to amend any documents as necessary to ensure accurate representation.

I respectfully request that this Honorable Court, Judge Barash, grant me a continuance to allow Attorney Sanaz sufficient time to prepare and represent me effectively. I am filing in good faith and do not wish to waste the courts time or delay this matter any further.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Date

Dayo Beverly

*[signature]*

For Your record

Bereliani Law Firm

Attorney Sanaz

12100 Wilshire Blvd

Los Angeles, CA 90025