| | FOR COURT USE ONLY |
|---|---|
| | **FILED**<br><br>OCT 17 2025<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – _____ DIVISION**

| Name of Debtor: | CASE NO.: 1:25 bk 11660 |
|---|---|
| Dayo Beverly<br>5434 Nestle Ave<br>Tarzana CA 91356 | CHAPTER: ☐ 7 ☐ 11 ☐ 12 ☒ 13<br><br>ADVERSARY NO.: _____<br>(If applicable) |
| | **TITLE OF DOCUMENT (specify):**<br>Motion for authorization to participate in loan Modification<br><br>*(This cover sheet is for use by filers when the case name, number, and other information is not included on the first page of a filing)* |

*Please Print*

Name of person filing this document: Dayo Beverly

Street Address: 5434 nestle AveTarzana CA 91356

Telephone number: 3109102659

Email Address: Dayobeverly@ gmail.com

The filer of this document is ☒ the Debtor ☐ a creditor

☐ other (specify): _____

Date: 10/17/2025

_____
Signature of person filing this document

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*July 2015*                    **FILED.DOCUMENT.COVER.SHEET**

\*MOTION FOR AUTHORIZATION TO PARTICIPATE IN LOAN MODIFICATION
DISCUSSIONS\*

In the United States Bankruptcy Court for the central district.

In re: Dayo Beverly property 5434 nestle abs Tarzana ca 91356

Case No. 1:25 bk 11660

\*MOTION FOR AUTHORIZATION TO PARTICIPATE IN LOAN MODIFICATION
DISCUSSIONS\*

To the Honorable Judge of the United States Bankruptcy Court:

I, Dayo Beverly, debtor in the above-captioned Chapter 13 bankruptcy case, respectfully submit
this Motion for Authorization to Participate in Loan Modification Discussions (the "Motion"). By
this Motion, I seek permission to participate in loan modification discussions with SN Servicing
Corporation, as servicer for the secured creditor, regarding my residential mortgage loan.

\*FACTS\*

1. I filed for Chapter 13 bankruptcy relief on October 9, 2025.
2. My mortgage loan is secured by my primary residence located at 5434 Nestle Ave. Tarzana,
CA 91356
3. I wish to explore potential loan modification options with SN Servicing Corporation to
potentially reduce my monthly mortgage payments and avoid potential foreclosure.

The loan modification package was submitted on October 2, 2025, by Homewell Financial
Advisors on behalf of the borrower. The attorney for the creditor has indicated that permission is
required for their office to review the full package. Despite the timely and complete submission,
Homewell Financial Advisors has experienced ongoing delays and lack of clarity from Ghidotti
Berger Law Firm regarding the review process. Enclosed are the loan modification package and
the correspondence received for your reference and further action.

\*RELIEF REQUESTED\*

I request that this Court grant me permission to participate in loan modification discussions with SN Servicing Corporation, and for SN Servicing Corporation to communicate with me and my attorney regarding the loan modification, without violating the automatic stay.

*AUTHORITY*

1. Pursuant to Local Bankruptcy Rule 4001-1(h), I am required to obtain court approval to participate in loan modification discussions.
2. Participation in loan modification discussions will allow me to potentially modify my mortgage loan and avoid potential foreclosure.

*CONCLUSION*

WHEREFORE, I respectfully request that this Court grant my Motion for Authorization to Participate in Loan Modification Discussions and permit me to engage in discussions with SN Servicing Corporation regarding potential loan modification options.

Respectfully submitted,

Dayo Beverly
5434 Nestle Ave. Tarzana, CA 91356
310-910-2659
dayobeverly@gmail.com

*CERTIFICATE OF SERVICE*

I hereby certify that a copy of this Motion has been served on 10/16/25 to the following parties:

- SN Servicing Corporation

Exhibit 1

# SN SERVICING CORPORATION

Main Office NMLS# 5985
Branch Office NMLS# 9785
Scott Nielsen NMLS# 191008
Jeff Harrision NMLS# 1314656
www.snsc.com

# Loss Mitigation Packet

<u>**NOTICE OF ATTEMPT TO COLLECT DEBT**</u>

<u>**YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.**</u>

**Para información en español llame al (800) 603-0836 ext 2643 o 2660 o 2750**

Dear Borrower,

Your loan is currently being serviced by SN Servicing Corporation ("SNSC").

You are receiving this loss mitigation packet in response to your request for mortgage assistance. The assistance options available to you depend on your individual circumstances. If you provide all required information and documentation about your situation, we will determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (i.e., repayment plan, forbearance, or loan modification). These options are subject to application and approval.

 If you have questions about this application or the options available to you, please call us at:

# (800) 603-0836

SN Servicing Corporation Asset Managers are
available **Monday – Friday (6am to 6:30pm PST)**

Time is of the essence; we ask that you promptly submit the required documents, as requests are processed in the order in which they are received.

This letter will not delay or affect the foreclosure that may be pending for your loan. Any demand or notice is still in effect and this will not be stopped unless you are able to qualify for one of these programs. If you want to avoid foreclosure you must call the number listed above. Otherwise, the foreclosure will proceed pursuant to state law and the loan documents.

**The United States Department of Housing and Urban Development (HUD) sponsors free housing counseling services. To find a HUD-Approved housing counselor in your area, call (800) 569-4287 or TDD (800) 877-8339, or go online at www.hud.gov.**

 **SERVICING CORPORATION**

**Loss Mitigation Checklist**

**To process your request for Loss Mitigation, your return package to SN Servicing Corporation must include ALL of the following:**

☐ Signed and completed **Request for Mortgage Assistance** (form enclosed).

☐ Signed and completed **Hardship Affidavit** (form enclosed).

☐ Completed **Financial Analysis Worksheet** (form enclosed).

☐ Copies of the **last two months pay stubs for all borrowers**. If you are unemployed, please include unemployment reward letter. If you receive a pension: disability; alimony and/or child support, please include official documentation of same. If you have rental income, please include a copy of the rental agreement(s).

☐ If you are self-employed, please send (1) a copy of the most recent **Federal Tax Return** for your business; (2) past six month's profit and loss statements; and (3) the past six month's business bank account statements…please include ALL pages.

☐ Copy of current **Homeowner's Insurance policy** or an estimate for coverage if you do not currently have homeowner's insurance. Please use a company you would want to purchase coverage from for the quote.

☐ Copy of most recent **Property Tax Bill**.

| **Contact Us** | **Send in Your Packet** |
|---|---|
| If you have any questions regarding the items listed above, or if you would prefer to submit the documents via fax, please contact us at the number below:<br><br>**(800) 603-0836**<br><br>**Hours of Operation**<br>**Monday – Friday  (8:00am to 5:00pm PST)** | Upon completion, please return all requested items to the address listed below.  Requests will be processed in the order in which they are received, so we recommend that you start the process as soon as possible.<br><br>**SN Servicing Corporation**<br>**323 Fifth Street**<br>**Eureka, CA 95501** |

SN SERVICING CORPORATION
Main Office NMLS# 5985  | Branch Office NMLS# 9785
Scott Nielsen NMLS# 191008 | Jeff Harrision NMLS# 1314656



**SERVICING CORPORATION**

Main Office NMLS# 5985
Branch Office NMLS #9785
Scott Nielsen NMLS# 191008
Jeff Harrison NMLS # 1314656
Phone: (800) 603-0836
Web: www.snsc.com

## Request for Mortgage Assistance

### **COMPLETE ALL PAGES**

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name<br>Dayo Beverly | Co-Borrower's Name |
| Mailing Address<br>5632 Van Nuys Blvd,<br>Suite 1558<br>Sherman Oaks, CA 91401 | Mailing Address, if different from Borrower's |

| | |
|---|---|
| **Mortgage Loan Number** | 0000322289 |
| **Property Address** | 5434 NESTLE AVE TARZANA CA 91356-3615 |
| **The Property is** | Owner Occupied: ☑  Renter Occupied: ☐  Vacant: ☐ |
| **The Property is my** | Primary Residence: ☑  Second Home: ☐  Investment: ☐ |
| **I want to (check all that apply)** | Keep the Property: ☑  Sell the Property: ☐  Vacate: ☐ |
| **Have you contacted a Housing Counselor for help?** | Yes ☐    No ☑ |
| **If yes, please provide the following contact information:** | Agency Name: _____<br><br>Counselor's Name: _____<br><br>Counselor's Phone #: _____<br><br>Counselor's Email: _____ |
| **Who pays the Real Estate Tax Bill on your Property?** | I pay bill: ☑  Lender pays: ☐  Condo/HOA pays: ☐ |
| **Are the Taxes current?** | Yes ☑    No ☐ |
| **Do you have Condo or HOA fees?** | Yes ☐    No ☑ |



**SERVICING CORPORATION**

Main Office NMLS# 5985
Branch Office NMLS #9785
Scott Nielsen NMLS# 191008
Jeff Harrison NMLS # 1314656
Phone: (800) 603-0836
Web: www.snsc.com

| If yes, specify Amount and HOA Name | Amount: | | | Paid to: | | |
|---|---|---|---|---|---|---|
| Who pays the Hazard Insurance Premium on your Property? | I pay bill: | ☐ | Lender pays: | ☑ | Condo/HOA pays: | ☐ |
| Is the Policy current? | | Yes ☐ | | No ☐ | | |
| Name of Insurance Company: | | | | | | |
| Insurance Company Phone #: | | | | | | |
| Have you filed for Bankruptcy? | | Yes ☑ | | No ☐ | | |
| If yes, what Chapter | | Chapter 7 ☐ | | Chapter 12 ☐ | | |
| | | Chapter 11 ☐ | | Chapter 13 ☑ | | |
| Bankruptcy Filing Date: | 09/09/2025 | | | | | |
| Bankruptcy Case Number: | BK-11660-MB | | | | | |
| Has your Bankruptcy been Discharged? | | Yes ☐ | | No ☑ | | |
| Is the Property listed for Sale? | | Yes ☑ | | No ☐ | | |
| For Sale by Owner? | | Yes ☐ | | No ☑ | | |
| Have your received an Offer on the Property? | | Yes ☐ | | No ☑ | | |
| If yes, please provide the following: | Date of Offer: | | | | | |
| | Amount of Offer: | $ | | | | |
| | Agent's Name: | | | | | |
| | Agent's Phone Number: | | | | | |

### Please list any Additional Liens, Mortgages, HELOCs on this Property

| Lien Holder/Servicer's Name | Loan Number | Contact Number |
|---|---|---|
| | | |
| | | |

# Affidavit of Financial Hardship

Borrower Name: Dayo Beverly                                    Loan Number: 0000322289

Property Address: 5434 NESTLE AVE TARZANA CA 91356-3615

In order to qualify for **SN Servicing Corporations** ("Servicer") offer to enter into an agreement to modify my loan, I/we am/are submitting this form to the Servicer and indicating by my/our checkmarks ("✔") the one or more events that contribute to my/our difficulty making payments on my/our mortgage loan.

| Borrower | Co-Borrower | |
|---|---|---|
| ☑ | ☐ | My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details below under "Explanation." |
| ☐ | ☐ | My household financial circumstances have changed. For example: death in family, serious or chronic illness, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details below under "Explanation." |
| ☐ | ☐ | My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details below under "Explanation." |
| ☐ | ☐ | My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details below under "Explanation." |
| ☐ | ☐ | My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details below under "Explanation." |
| ☐ | ☐ | There are other reasons I/we cannot make our mortgage payments. I have provided details below under "Explanation." |

## Borrower/Co-Borrower Acknowledgement

1.  Under penalty of perjury, I/we certify that all of the information in this affidavit is truthful and the event(s) identified above has/have contributed to my/our need to modify the terms of my/our mortgage loan.
2.  I/we understand and acknowledge the Servicer may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.
3.  I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4.  I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this Hardship Affidavit, or if I/we do not provide all of the required documentation, the Servicer may cancel the Agreement and may pursue foreclosure on my/our home.

5.      I/we certify that my/our property is owner-occupied and I/we have not received a condemnation notice.

6.      I/we certify that I/we am/are willing to commit to credit counseling if it is determined that my/our financial hardship is related to excessive debt.

7.      I/we certify that I/we am/are willing to provide all requested documents and to respond to all Servicer communication in a timely manner. I/we understand that time is of the essence.

8.      I/we understand that the Servicer will use this information to evaluate my/our eligibility for a loan modification or other workout, but the Servicer is not obligated to offer me/us assistance based solely on the representations in this affidavit.

10/08/2025

_____  _____          _____  _____
**Borrower Signature**                    **Date**              **Co-Borrower Signature**              **Date**

E-mail Address: _may@homewellfiinancial.com_          E-mail Address: _____
Cell Phone        619-407-7369                        Cell Phone        _____
Home Phone    _____                Home Phone    _____
Work Phone    _____                Work Phone    _____

**Explanation:**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# FINANCIAL ANALYSIS WORKSHEET

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| Employer Name | | Employer Name | |
| Employer Phone # | | Employer Phone # | |
| Years on Job | | #Years on Job | |

| BORROWER MONTHLY INCOME | | CO-BORROWER MONTHLY INCOME | |
|---|---|---|---|
| Gross Wages per Month: | $ 0.00 | Gross Wages per Month: | $ |
| Unemployment Compensation: | $ 0.00 | Unemployment Compensation: | $ |
| Child Support/Alimony*: | $ 0.00 | Child Support/Alimony*: | $ |
| Disability/SSI: | $ 0.00 | Disability/SSI: | $ |
| Rental Income: | $ 0.00 | Rental Income: | $ |
| Pension/Annuity Income: | $ 0.00 | Pension/Annuity Income: | $ |
| Tips, Commission, Bonus, Overtime: | $ 0.00 | Tips, Commission, Bonus, Overtime: | $ |
| Foods Stamps/Public Assistance*: | $ 0.00 | Foods Stamps/Public Assistance*: | $ |
| Non-Borrower Contribution: | $ 0.00 | Non-Borrower Contribution: | $ |
| Other: SELF EMPLOYED | $ 15,300.00 | Other: | $ |
| Federal & State Tax Withholdings | -$ 0.00 | Federal & State Tax Withholdings | -$ |
| Other Deductions (401k etc) | -$ 0.00 | Other Deductions (401k etc) | -$ |

| COMBINED HOUSEHOLD ASSETS (BORROWER AND CO-BORROWER) | |
|---|---|
| Checking Accounts (Total amount, if more than one) | $ 0.00 |
| 401(K), IRA, or Pension Fund | $ 0.00 |
| Savings/Money Market | $ 6,000.00 |
| Certificates of Deposits (CDs) | $ 0.00 |
| Stocks/Bonds/Mutual Funds | $ 0.00 |
| Cash on Hand | $ 0.00 |
| Value of all Real Estate except Principal Residence | $ 0.00 |
| Settlement | $ 0.00 |
| Other | $ 0.00 |

| COMBINED MONTHLY EXPENSES (BORROWER AND CO-BORROWER) | | | |
|---|---|---|---|
| 1st Mortgage (Principal & Interest) | -$ 5,777.34 | Auto Loans/Lease | -$ 1,112.00 |
| Other Mortgage (Principal & Interest) | -$ 0.00 | Fuel, Maintenance/Repairs | -$ 60.00 |
| Other Mortgage (Principal & Interest) | -$ 0.00 | Auto Insurance/Registration | -$ 120.00 |
| Homeowners Insurance | -$ 150.00 | Other Transportation Expenses | -$ 0.00 |
| Property Taxes | -$ 765.00 | Credit Cards Minimum Payment | -$ 892.00 |
| HOA/Condo Fees | -$ 0.00 | Personal Loan Minimum Payment | -$ 0.00 |
| Electricity | -$ 120.00 | Child Support/Alimony Expense | -$ 0.00 |
| Gas | -$ 60.00 | Child Care | -$ 0.00 |
| Water and Sewer | -$ 60.00 | Health Insurance | -$ 0.00 |
| Waste/Trash Removal | -$ 60.00 | Medical/Dental/Vision Insurance | -$ 0.00 |
| Telephone/Cell Phone | -$ 150.00 | Food/Groceries | -$ 200.00 |
| Internet Service | -$ 40.00 | Dining Out | -$ 0.00 |
| Cable/Satellite | -$ 40.00 | Personal & Household Items | -$ 100.00 |
| Negative Net Rental Income | -$ 0.00 | Other Debt/Miscellaneous | -$ 0.00 |

**Note:** You are not required to disclose Public Assistance, Child Support, Alimony or Separation Maintenance, unless you choose to have it considered by your servicer.

## Letter of Verification: Non-borrower Contribution to Household Income

To: SN Servicing Corporation

This letter is written to state that I, __Troy Gunter_____,

contribute monthly household income in the amount of $ _5,600.00_____ per

month to _Dayo Beverly_____ (borrower name).

My relationship to the borrower is _Fiance_____.

I have attached two (2) months of my most recent income documentation to verify the source

of the income. I state that this information I have provided is correct and accurate to the best of

my knowledge.

Respectfully,

Signature: _____

Date:        __10/08/2025_____

Exhibit 2

# GhidottiBerger

October 16, 2025
GB File No. 24-003087-3
Page | 1 of 2

**VIA CERTIFIED MAIL AND E-MAIL**
Dayo Beverly
5434 Nestle Ave.
Tarzana, CA 91356
Email: Dayobeverly@gmail.com

|  |  |
|---|---|
| **Debtor:** | **Dayo Beverly** |
| **Case No.:** | **1:25-bk-11660-MB** |
| **Property:** | **5434 Nestle Ave., Tarzana, CA 91356** |
| **Subject:** | **October 8, 2025 Loan Modification Submission** |

Dear Ms. Beverly:

This firm represents SN Servicing Corporation ("SN Servicing") as servicer for the secured creditor in your pending Chapter 13 bankruptcy case.

## Loan Modification Communications

SN Servicing has confirmed receipt of a loan-modification application submitted on October 8, 2025, by Homewell Financial Services on your behalf. To avoid any question regarding compliance with the Bankruptcy Code or the automatic-stay provisions, SN Servicing requires that the Bankruptcy Court first enter an order confirming that participation in loan-modification discussions will not violate the automatic stay before it can proceed with any review.

Debtors in the Central District of California may obtain such authorization by filing an application and order confirming loan modification discussion will not violate stay, as referenced in Local Bankruptcy Rule 4001-1(h). Once such an order is entered, SN Servicing may communicate with you or your

# GhidottiBerger

October 16, 2025
GB File No. 24-003087-3
Page | 2 of 2

authorized representative regarding the application consistent with its normal procedures and practices.

This letter should not be construed as a waiver of any rights or defenses, including, but not limited to, the applicability or scope of the automatic stay or any interest in property of the bankruptcy estate. In the interest of complying with the Bankruptcy Code and all related regulations and guidelines, SN Servicing seeks to ensure full adherence to applicable bankruptcy procedures before engaging in any further communications regarding loss-mitigation.

## Important Notice

This correspondence is provided for informational purposes only in connection with your pending Chapter 13 bankruptcy case. It does not constitute a demand for payment or an attempt to collect any debt from you personally. All rights and remedies of SN Servicing and the secured creditor are expressly reserved.

Sincerely,

**GHIDOTTI I BERGER LLP**

*/s/ Crystle Lindsey*

_____

Crystle Lindsey, Esq.

1920 Old Tustin Avenue, Santa Ana, CA 92705
Phone: (949) 427-2010 • Fax: (949) 427-2732